JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUZAFFAR HUSSAIN,<br><br>          Plaintiff,<br><br>   v.<br><br>FELICIA PONCE, et al.,<br><br>          Defendants. | Case No. CV 18-06579 JFW (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Plaintiff's Third Amended Complaint is DISMISSED without prejudice, and this action is dismissed.

DATED: April 9, 2019

                                                        JOHN F. WALTER<br>
                                                        UNITED STATES DISTRICT JUDGE